UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERNESTO ROLON,

                               **Plaintiff,**                            20-CV-05109 (VEC)(SN)

               -against-                                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 15, 2021, the Hon. Valerie E. Caproni remanded this case for further consideration of the plaintiff's application for disability benefits and closed this case. On January 28, 2022, the plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) (ECF No. 21).

      The parties are directed to meet and confer in an attempt to resolve this motion without judicial intervention. Should that meeting prove unsuccessful, the defendant is directed to file its opposition papers within 30 days of the motion's filing.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     New York, New York
                January 31, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2022