USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO ROLON,

              Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

20-CV-5109 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has moved for attorney's fees pursuant to 42 U.S.C. § 406(b) for legal services that resulted in an award of back Social Security benefits to Plaintiff from the Social Security Administration, *see* Dkts. 21, 23;

    WHEREAS Plaintiff's counsel agreed to a contingency fee of 25 percent of any back benefits awarded to Plaintiff by the Social Security Administration, *see* Dkt. 23 ¶ 2 & Ex. A;

    WHEREAS Plaintiff was awarded $23,068 total back disability benefits, *see id.* ¶ 8 & Ex. B;

    WHEREAS 25 percent of Plaintiff's awarded benefits is $5,767, *see id.* ¶ 10;

    WHEREAS Plaintiff's counsel provided 13.4 hours of legal services, yielding an hourly rate of $430, *see id.* ¶¶ 1, 11; and

    WHEREAS the Government defers to the Court to determine the reasonableness of the requested fee, *see* Dkt. 24 at 2;

    IT IS HEREBY ORDERED that Plaintiff's motion for attorney's fees in the amount of $5,767 is granted pursuant to 42 U.S.C. § 406(b).

**SO ORDERED.**

Date: **February 10, 2022**
   **New York, New York**
                     **VALERIE CAPRONI**
                     **United States District Judge**